UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JONATHAN S. HELD, as Trustee of the Beverly J. Held and Gilbert Held Living Trust, dated February 19, 2013,<br><br>Plaintiff,<br><br>v.<br><br>HADASSAH, THE WOMEN'S ZIONIST ORGANIZATION OF AMERICA, INC.,<br><br>Defendant. | Case No.<br><br>COMPLAINT FOR DECLARATORY JUDGMENT |

Plaintiff Jonathan S. Held, as Trustee of the Beverly J. Held and Gilbert Held Living Trust, dated February 19, 2013, alleges as his complaint against Defendant Hadassah, The Women's Zionist Organization of America, Inc. the following:

**I. PARTIES**

1. Plaintiff Jonathan S. Held is the successor Trustee of the Beverly J. Held and Gilbert Held Living Trust, dated February 19, 2013, and resides in Woodinville, Washington.

2. Defendant Hadassah, The Women's Zionist Organization of America, Inc. is a 501(c)(3) corporation with its principal place of business in New York, New York.

COMPLAINT FOR DECLARATORY JUDGMENT
Page **1** of **8**

KHBB LAW PLLC
705 Second Avenue, Hoge Building 800
Seattle, WA 98104
Telephone: (206) 382-4414
Facsimile: (206) 382-4412

3. Hadassah Medical Center is an Israeli medical organization which operates two hospitals in Jerusalem. Wikipedia defines Hadassah Women's Zionist Organization of America as a patron of Hadassah Medical Center.

4. Professor Yoram G. Weiss is the current Director of Hadassah Medical Center in Jerusalem, Israel.

## II. JURISDICTION AND VENUE

5. This court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331, 1332 and 1367.

6. There is a case of actual controversy between the parties for which declaratory relief is sought, pursuant to 28 U.S.C. §§ 2201 and 2202, regarding the parties' respective rights and other legal relations pursuant to the Beverly J. Held and Gilbert Held Living Trust, dated February 19, 2013.

7. This court has jurisdiction over Defendant pursuant to RCW 4.28.185 and venue in this district is proper pursuant to 38 U.S.C. § 1391(b) & (c) and § 1400(a).

8. This court also has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 as a case of actual controversy between the parties in which the matter in dispute exceeds the sum or value of $75,000, exclusive of interest and costs. The parties are citizens of different states.

9. The parties' dispute is definite and concrete, touching the legal relations of the parties having adverse legal interests that are real and substantial. The facts are sufficiently concrete to allow for specific relief through a conclusive legal judgment that is not advisory in nature, and such judgment would be useful to the parties.

KHBB LAW PLLC
705 Second Avenue, Hoge Building 800
Seattle, WA 98104
Telephone: (206) 382-4414
Facsimile: (206) 382-4412

### III. FACTS

10. Beverly and Gilbert Held established the Beverly J. Held and Gilbert Held Revocable Living Trust (the "Trust") on February 19, 2013.

11. Pursuant to Section VI of the Trust, Beverly and Gilbert made specific bequests of one million dollars ($1,000,000) each to three charitable organizations including Hadassah Hospital in Jerusalem, Israel.

12. Beverly predeceased Gilbert in 2018.

13. Gilbert died on June 13, 2020. Pursuant to Section IX (B) of the Trust, Jonathan S. Held was appointed successor Trustee (the "Trustee") upon his father's death on June 13, 2020.

14. On September 17, 2020, the Trustee sent an email to donorservices@hadassah.org explaining that the Trust included a specific bequest to Hadassah Hospital Jerusalem, Israel.

15. On December 30, 2020, Lisa Smith, Director, Trust & Estates sent the Trustee a Memorandum of Understanding.

16. The same day the Trustee responded to Lisa Smith via email indicating there were problems with the Memorandum of Understanding. Ms. Smith failed to reply to the Trustee's December 30, 2020 email.

17. On January 31, 2021, the Trustee received an email from Laura Self, a legal assistant at Gaslowitz Frankel LLC informing him that Craig Frankel represents Hadassah, The Women's Zionist Organization of America, Inc.

COMPLAINT FOR DECLARATORY JUDGMENT
Page 3 of 8

KHBB LAW PLLC
705 Second Avenue, Hoge Building 800
Seattle, WA 98104
Telephone: (206) 382-4414
Facsimile: (206) 382-4412

18. The Trustee advised Mr. Frankel that the bequest in the Trust was made specifically to Hadassah Hospital in Jerusalem, Israel, not Hadassah, The Women's Zionist Organization of America, Inc.

19. Mr. Frankel claimed that he represents the hospital.

20. The Trustee also informed Mr. Frankel that the Trust held assets in a Morgan Stanley account valued at approximately $1,868,000 consisting primarily of fixed income securities from which to distribute One Million Dollar ($1,000,000) bequests to two charities. The Trustee explained that both charities, including Hadassah Hospital in Jerusalem, would receive a combination of cash and fixed income securities which, if held to maturity, would net One Million Dollars ($1,000,000).

21. The third charity, Yad Vashem, accepted and received its bequest from the Trust in December 2020 in exactly the same combination of cash and fixed income securities.

22. Mr. Frankel requested an accounting of distributions from the Trust made to the other charities, and said that if the other charities were receiving bonds that do not mature for a number of years, that Hadassah would accept the bequest as presented.

23. On July 1, 2021, a settlement agreement was sent to Hadassah and Wesleyan College, the other charitable beneficiary.

24. On July 8, 2021, Wesleyan College confirmed that it would sign the proposed settlement agreement. The Trustee received the signed settlement agreement from Wesleyan College on July 13, 2021.

25. On July 13, 2021, Hadassah's attorney requested multiple tax returns and supporting documents.

KHBB LAW PLLC
705 Second Avenue, Hoge Building 800
Seattle, WA 98104
Telephone: (206) 382-4414
Facsimile: (206) 382-4412

26. On July 14 and July 19, 2021, the Trustee sent to Hadassah's attorney all the requested information to which he had access.

27. On August 11, 2021, the Trustee offered Mr. Frankel, on behalf of Hadassah, The Women's Zionist Organization of America, three installments of $333,333, to be paid over three years. Hadassah insisted on receiving all three installments in one year and rejected the offer.

28. Hadassah, The Women's Zionist Organization of America, Inc. refused to earmark the funds received from the Trust for Hadassah Medical Center as specifically provided in the Trust provision regarding the bequest and never made the Director of Hadassah Medical Center aware of the bequest Mr. and Mrs. Held intends for it to receive

29. Hadassah, The Women's Zionist Organization of America, continues to demand one million dollars ($1,000,000) in cash despite the lack of cash in the Trust to fund the bequest in this way.

## IV. FIRST CLAIM

### REQUEST FOR DECLARATORY RELIEF

30. Plaintiff realleges and incorporates by reference the allegations in the preceding paragraphs as if fully set forth herein.

31. Plaintiff seeks relief in the form of a declaratory judgment pursuant to the Uniform Declaratory Judgment Act, RCW 7.24.010 *et seq*.

32. There is an actual common justifiable controversy between Jonathan S. Held, as Trustee of the Beverly J. and Gilbert Held Revocable Trust, and Defendant Hadassah, The Women's Zionist Organization of America, Inc.

KHBB LAW PLLC
705 Second Avenue, Hoge Building 800
Seattle, WA 98104
Telephone: (206) 382-4414
Facsimile: (206) 382-4412

33. The Trustee seeks Declaratory Relief in the form of a judgment in favor of the Trust declaring that (a) the rightful beneficiary of the bequest from the Trust is Hadassah Medical Center in Jerusalem, Israel, not Hadassah, The Women's Zionist Organization of America, Inc., and (b) the Trustee shall distribute a combination of cash and fixed income securities, which, if held to maturity will net One Million Dollars ($1,000,000) to Professor Yoram G. Weiss, Director of Hadassah Medical Center on behalf of Hadassah Medical Center, to effectuate the intent of the Trustors, Beverly J. and Gilbert Held.

## V. SECOND CLAIM

### REQUEST FOR AWARD OF ATTORNEY'S FEES

34. Plaintiff realleges and incorporates by reference the allegations in the preceding paragraphs as if fully set forth herein.

35. Plaintiff seeks an award of attorney's fees against the Defendant pursuant to RCW 11.96A.150.

## VI. PRAYER FOR RELIEF

WHEREFORE, Jonathan S. Held requests entry of a judgment and order in his favor and against Defendant as follows:

36. For a judgment in favor of Jonathan S. Held, as Trustee of the Beverly J. and Gilbert Held Revocable Living Trust and against Defendant on all causes of action.

37. For a declaration that Hadassah Medical Center in Jerusalem, Israel is the intended beneficiary of the bequest from the Trust.

COMPLAINT FOR DECLARATORY JUDGMENT
Page 6 of 8

KHBB LAW PLLC
705 Second Avenue, Hoge Building 800
Seattle, WA 98104
Telephone: (206) 382-4414
Facsimile: (206) 382-4412

38. For a declaration that the Trustee distribute a combination of cash and fixed income securities to the Director of Hadassah Medical Center in satisfaction of the bequest in the Trust.

39. For a declaration that the Beverly J. and Gilbert Held Revocable Living Trust is awarded attorney's fees and costs pursuant to RCW 11.96A.150, and that Hadassah, The Women's Zionist Organization of America, Inc. be ordered to personally pay the Trust's attorney's fees and costs for necessitating this lawsuit.

40. For an award of any such other and further relief as the Court may deem equitable and proper.

DATED this 1st day of November, 2021.

KHBB LAW PLLC

By: _____
Karen R. Bertram, WSBA #22051
Hoge Building, Suite 800
705 Second Avenue
Seattle, WA 98104-1711
Phone: (206) 382-4414
Fax: (206) 382-4412
E-mail: kbertram@khbblaw.com
*Attorneys for Plaintiff Jonathan S. Held, as Trustee of the Beverly J. Held and Gilbert Held Living Trust, dated February 19, 2013*

COMPLAINT FOR DECLARATORY JUDGMENT
Page 7 of 8

KHBB LAW PLLC
705 Second Avenue, Hoge Building 800
Seattle, WA 98104
Telephone: (206) 382-4414
Facsimile: (206) 382-4412

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2021, I caused the foregoing Complaint for Declaratory Judgment to be:

☒ electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

☒ mailed by first class United States mail, postage prepaid, to the following:

Craig M. Frankel
Gaslowitz Frankel LLC
303 Peachtree Street NE, Suite 4500
Atlanta, GA 30308

☐ hand delivered to the following:

☐ e-mailed and mailed by first class United States mail, postage prepaid, to the following:

☐ faxed and mailed by first class United States mail, postage prepaid, to the following:

_____
Karen R. Bertram, WSBA #22051
KHBB Law PLLC
Hoge Building, Suite 800
705 Second Avenue
Seattle, WA 98104-1711
Phone: (206) 382-4414
Fax: (206) 382-4412
E-mail: kbertram@khbblaw.com
*Attorneys for Plaintiff Jonathan S. Held, as Trustee of the Beverly J. Held and Gilbert Held Living Trust, dated February 19, 2013*

COMPLAINT FOR DECLARATORY JUDGMENT
Page 8 of 8

KHBB LAW PLLC
705 Second Avenue, Hoge Building 800
Seattle, WA 98104
Telephone: (206) 382-4414
Facsimile: (206) 382-4412