HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JONATHAN S. HELD, as Trustee of the Beverly J. Held and Gilbert Held Living Trust, dated February 19, 2013,<br><br>Plaintiff,<br><br>v.<br><br>HADASSAH, THE WOMEN'S ZIONIST ORGANIZATION OF AMERICA, INC.,<br><br>Defendant. | Case No. 2:21-CV-01479-TL<br><br>**STIPULATION, JOINT MOTION AND ORDER FOR EXTENSION OF DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT**<br><br>NOTE ON MOTION CALENDAR: DECEMBER 10, 2021 (without oral argument) |

## STIPULATION AND MOTION

Plaintiff Jonathan S. Held, as Trustee of the Beverly J. Held and Gilbert Held Living Trust, dated February 19, 2013 ("Held") and Defendant Hadassah, The Women's Zionist Organization of America, Inc. ("Hadassah"), by and through their undersigned counsel of record, stipulate and jointly move the Court for an Order extending Defendant Hadassah's deadline to answer or otherwise respond to Plaintiff Held's Complaint in this matter to January 12, 2022.

//

//

//

//

//

//

STIPULATION, JOINT MOTION AND ORDER FOR EXTENSION OF DEADLINE TO RESPOND - 1
CASE NO. 2:21-CV-01479-TL

134171.0001/8804871.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

Respectfully submitted: December 10, 2021.

| KHBB LAW PLLC | LANE POWELL PC |
|---|---|
| By  /s/ Karen R. Bertram<br>    (per e-mail authorization)<br>Karen R. Bertram, WSBA No. 22051<br>KHBB Law PLLC<br>Hoge Building, Suite 800<br>705 Second Avenue<br>Seattle, WA  98104-1711<br>Phone: (206) 382-4414<br>Fax: (206) 382-4412<br>E-mail: kbertram@khbblaw.com<br>**Attorneys for Plaintiff Jonathan S. Held, as Trustee of Beverly J. Held and Gilbert Held Living Trust, dated February 19, 2013** | By  /s/ Gail E. Mautner<br>Gail E. Mautner, WSBA No. 13161<br>Email: mautnerg@lanepowell.com<br><br>By: /s/ Aleksander Schilbach<br>Aleksander Schilbach, WSBA No. 51693<br>Email: schilbacha@lanepowell.com<br><br>Lane Powell PC<br>1420 Fifth Avenue, Suite 4200<br>P.O. Box 91302<br>Seattle, WA 98111<br>Telephone:  206 223-7000<br>Facsimile:  206.223.7107<br>**Attorneys for Defendant, Hadassah, The Women's Zionist Organization of America, Inc.** |

STIPULATION, JOINT MOTION AND ORDER FOR EXTENSION OF DEADLINE TO RESPOND - 2
CASE NO. 2:21-CV-01479-TL

134171.0001/8804871.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

# ORDER

This matter having come before the Court on the parties' stipulation and joint motion, IT IS SO ORDERED.

DATED this 17th day of December, 2021.

                                          Tana Lin
                                          United States District Judge

Presented by:

LANE POWELL PC

By  */s/ Gail E. Mautner*
    Gail E. Mautner, WSBA No. 13161
    Email: mautnerg@lanepowell.com

By: */s/ Aleksander Schilbach*
    Aleksander Schilbach, WSBA No. 51693
    Email: schilbacha@lanepowell.com

***Attorneys for Defendant, Hadassah, The Women's Zionist Organization of America, Inc.***

KHBB LAW PLLC

By  */s/ Karen R. Bertram*
    (per e-mail authorization)
    Karen R. Bertram, WSBA #22051

***Attorneys for Plaintiff Jonathan S. Held, as Trustee of Beverly J. Held and Gilbert Held Living Trust, dated February 19, 2013***

STIPULATION, JOINT MOTION AND ORDER FOR EXTENSION OF DEADLINE TO RESPOND - 3
CASE NO. 2:21-CV-01479-TL

134171.0001/8804871.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107